### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

Case:  Chaker v. McCoon                                        Case No: 06cv0400-LAB (AJB)

HON. Larry A. Burns                  CT. DEPUTY Tisha Washam            Rptr.

Present

Plaintiff(s):    No appearance.

Defendant(s):  No appearance.

On the court's own motion, the Pre-Trial Conference in this matter, presently scheduled for July 30, 2007, *is continued to August 13, 2007 at 11:15 a.m.*

DATED:  June 25, 2007                                          INITIALS:  TW  Deputy