1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

Nicole Chaker,

        Plaintiff,

    v.

Jeff Allan McCoon dba Pacific States
Credit Company,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 06CV0400 LAB (AJB)

ORDER CONTINUING PRE-TRIAL
CONFERENCE AND ASSOCIATED
DATES

Hon. Larry Alan Burns

19
20

    WHEREAS, this Court issued a minute order on June 25, 2007 continuing the Pre-Trial Conference from July 30, 2007 to August 13, 2007 at 11:15 a.m.; and

21
22
23

    WHEREAS, the Parties desire a short additional time period to comply with the requirements of the Federal Rules of Civil Procedure and this case's Scheduling Order issued by Magistrate Judge Battaglia on August 18, 2006; and

24
25

    WHEREAS, the Parties desire a short additional time period to explore the possibility of settlement; and

26
27

    WHEREAS, Plaintiff's counsel and Defendant both have scheduling difficulties associated with the currently scheduled August 13, 2007 pre-trial conference;

28

- 1 -

IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Pre-Trial Conference is continued from August 13, 2007 at 11:15 a.m. to *September 17, 2007, at 11:15 a.m.*

2.      The date by which the Parties or counsel shall meet and take action required by Local Rule 16.1.f.4 is continued from July 16, 2007 to on or before 14 days prior to the continued date for the Pre-Trial Conference set by the Court as a result of this motion.

3.      The date by which the proposed Pretrial Conference Order, including objections they have to any other party's Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures, shall be prepared, served and lodged with the Clerk of the Court is continued from July 23, 2007 to on or before 7 days prior to the continued date for the Pre-Trial Conference set by the Court as a result of this motion. *No further extensions of time will be granted absent a showing of extraordinary good cause.*

IT IS SO ORDERED.

Dated: August 8, 2007

_____
Larry A. Burns

UNITED STATES DISTRICT COURT JUDGE
**LARRY ALAN BURNS**
**U.S. DISTRICT JUDGE**

- 2 -